## EL PUEBLO, DEMANDANTE Y APELADO, v. ESCOBAR, ACUSADO Y APELANTE.

Nos. 2322 y 2323.—*Vistos:* Noviembre 25, 1924. *Resueltos:* Noviembre 28, 1924.

DELITO CONTRA LA SALUD PÚBLICA—ADULTERACIÓN DE LECHE—ACUSACIÓN SUFI-
CIENTE.—Es suficiente una acusación en la cual se alega que el acusado,
"ilegal, intencional y voluntariamente adulteró para la venta leche de vaca."
La preposición "para" usada después del verbo "adulterar" y antes de
las palabras "la venta," equivale a "con la intención de ofrecerla" que
exige el estatuto para que se entienda cometido el delito en una de las varias
formas que establece.

SENTENCIAS de *R. Díaz Cintrón,* J. (Ponce), condenando al acusado
por delito de adulteración de leche. *Confirmadas.*

D. *Sepúlveda,* abogado del apelante; *José E. Figueras, Fiscal,* abo-
gado del apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del
tribunal.

En estos dos casos Juan Escobar, acusado porque "ile-
gal, intencional y voluntariamente, adulteró para la venta
leche de vaca," fué condenado a sufrir, en el primero, diez
días de cárcel, y en el segundo, cinco.

No conforme con las sentencias, apeló, señalando como
único error en ambos recursos que los hechos expuestos en
la acusación no constituyen delito.

La ley aplicable está contenida en la sección 1 de la Ley
proveyendo lo necesario para castigar la adulteración de
leche, ofrecerla o tenerla para la venta, de 1910, Comp.
sec. 5787, que dice, en lo pertinente: "Toda persona que
adulterare . . . . leche con la intención de ofrecerla a la
venta. . . . ."

Y el apelante sostiene que no apareciendo en la acusa-
ción las palabras "con la intención de ofrecerla," no sigue
el lenguaje del estatuto y es por tanto fatalmente defectuosa.
Cita el apelante los casos de *El Pueblo* v. *Birrier,* 18 D.P.R.
265; *El Pueblo* v. *Pizarro,* 21 D.P.R. 17, y *El Pueblo* v.
*Wys,* 25 D.P.R. 510.

Para que exista el delito no basta la simple adulteración
de la leche. Es necesario que se adultere "con la intención

de ofrecerla a la venta.'' Sobre esto no hay duda alguna. La cuestión a resolver es la de si la palabra ''para'' que conecta las palabras ''adulteró'' y ''la venta'' equivale a ''con la intención de ofrecerla.''

''Para'', según el Diccionario de la Lengua Castellana de la Real Academia Española, es una ''preposición con que se denota el fin o término a que se encamina una acción.''

Siendo ello así, es evidente que la acusación significa en buen romance que el acto o acción de adulterar la leche por parte del acusado, se encaminó al fin o término de venderla, estando comprendido claramente en tal significado el hecho de que la adulteración se verificó con la intención de ofrecerla a la venta.

*No existiendo el único error que se alega cometido por la corte procede la confirmación de la sentencia recurrida.*